IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


LINDA J. ROLAND,

        Plaintiff,

v.                                         4:07cv296-WS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 4, 2008.  See Doc. 17.  The magistrate judge recommends that the decision of the Commissioner be affirmed.  While the parties have been furnished copies of the report and recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), no objections have been filed.  Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 17) is adopted

and incorporated by reference in this order of the court.

2.  The decision of the Commissioner is hereby AFFIRMED.

3.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this ___20th___ day of ___March___, 2008.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE